IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NASIM CHOWDHURY,

    Petitioner,

    v.        Case No. 2:26-cv-00300 KWR-KK

DORA CASTRO, *Warden of the Otero County Processing Center,*

    Respondent.

### ORDER TO AMEND PETITION

THIS MATTER is before the Court on Petitioner's Petition for Writ of Habeas Corpus (Doc. 1). Petitioner names one Respondent, Dora Castro, the Warden of the Otero County Processing Center. As explained below, the Court directs Petitioner to amend his Petition to name federal respondents as well.

Petitioner filed this habeas petition under § 2241 challenging his detention by the United States Immigration and Customs Enforcement. The Court may apply the § 2254 habeas rules to this § 2241 petition. *See* § 2254 Habeas Rules, Rule 1(b) ("The district court **may apply any or all** of these rules to a habeas corpus petition not covered by Rule 1(a)") (emphasis added). Moreover, the Court may apply the Federal Rules of Civil Procedure, to the extent they are not inconsistent with the habeas rules. § 2254 Habeas Rules, Rule 12.

Generally, respondents need not answer a habeas petition until the Court has ordered an answer. § 2254 Habeas Rules, Rule 4. Habeas Rule 4 grants a district judge discretion to set a time for respondents to answer or otherwise respond to the habeas petition. *Id.* ("If the petition is not

dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.").

Having reviewed the Petition, the Court concludes that Petitioner must amend his Petition. Petitioner only names one Respondent, Dora Castro, the Warden of the Otero County Processing Center. Petitioner does not name any federal respondents. While it may be debatable *which* federal respondents are necessary, some federal respondents are required in this immigration habeas case. *See Castillo-Hernandez v. Longshore,* 6 F. Supp. 3d 1198, 1211 (D. Colo. 2013). Here, Petitioner asserts that the Department of Homeland Security improperly detained him under mandatory detention provisions under § 1225(b), and he instead should be processed under the discretionary detention provisions of § 1226(a). Petitioner requests immediate release or a bond hearing. However, no federal respondents were named.

Thus, the Court directs Petitioner to amend his Petition to name federal respondents, such as: Mary De Anda-Ybarra, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; Todd Lyons, Acting Director Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; and Pamela Bondi, U.S. Attorney General.

**IT IS THEREFORE ORDERED** that Petitioner shall amend his Petition as explained above within **fourteen (14) days** of the entry of this order.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE